DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEAN DOMNICK,** as Trustee of Z.M. Special Needs Trust, and as Guardian Ad Litem for Z.M., and **MICHELLE F. MEIKLE,** the natural parent of Z.M., a minor,
Appellants,

v.

**VITALMD GROUP HOLDING, LLC; NORTH BROWARD HOSPITAL DISTRICT** a/k/a **BROWARD HEALTH** d/b/a **CORAL SPRINGS MEDICAL CENTER; COMPREHENSIVE OB/GYN; CARLOS J. JURADO, M.D.; ARMANDO R. PAYAS,** as Personal Representative of the Estate of **EDWARD J. SURRAGO, M.D.**, deceased**; FERNANDO A. GINEBRA, M.D.; PEDIATRIX MEDICAL GROUP OF FLORIDA, INC.;** and **FEMWELL HEALTH GROUP, INC.,**
Appellees.

No. 4D22-34

[June 1, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin Bidwill, Judge; L.T. Case No. CACE15005381.

Kara Rockenbach Link and Daniel M. Schwarz of Link & Rockenbach, PA, West Palm Beach, and Carlos R. Diaz-Arguelles and Maria D. Tejedor of Diaz-Arguelles & Tejedor, P.A., Orlando, for appellants.

Daniel F. Blonsky of Coffey Burlington, P.L., Miami, for appellee VitalMD Group Holding, LLC.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***